IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00122-WJM-NRN

DEANNA FINNEY, an individual,

Plaintiff,

v.

RIDGE & VALLEY REALTY, INC. a Colorado Corporation d/b/a
CREDIT SYSTEMS INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    In light of the Notice of Settlement (Dkt. #15), it is hereby ORDERED that the Final Pretrial Conference set for December 5, 2023 at 10:30 a.m. is VACATED. Dismissal papers shall be filed on or before July 25, 2023.

Date: May 26, 2023